IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. **'09 - CV - 00358**

(To be supplied by the court)

Wade Cole                                      , Plaintiff,

v.

Mr.  Winslow, Library Supervisor

Mr.  Wilkenson, Assistant Warden

_____, Defendant(s).

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB 12 2009

GREGORY C. LANGHAM
CLERK

---

**PRISONER'S MOTION AND AFFIDAVIT
FOR LEAVE TO PROCEED PURSUANT TO 28 U.S.C. § 1915**

---

I request leave to commence this civil action without prepayment of fees or security therefor pursuant to 28 U.S.C. § 1915. In support of my request, I declare that:

1. I am unable to pay such fees or give security therefor.

2. I am entitled to redress.

3. The nature of this action is:

   A suit under 42 U.S.C. §1983 to address violations of

   Plaintiff's Constitutional rights

(Rev. 4/15/02)

4. My assets and their value are listed below: (attach an additional page if necessary)

   (Assets may include income from employment, rent payments, interest or dividends, pensions, annuities, life insurance payments, Social Security, Veteran's Administration benefits, disability pensions, Worker's Compensation, unemployment benefits, gifts or inheritances, cash, funds in bank accounts, real estate, stocks, bonds, notes, automobiles or other valuable property (excluding ordinary household furnishings and clothing), or any other source of income.)

   I am incarcerated and have no assets of any kind.

5. Are you in imminent danger of serious physical injury?

   ___ Yes  xx  No  (CHECK ONE). If you answered yes, briefly explain your answer:

## DECLARATION UNDER PENALTY OF PERJURY

I declare under penalty of perjury that the information in this motion and affidavit is true and correct. See 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Executed on   10 Feb. 09
                  (Date)

                                          Wade Cole
                                 (Prisoner's Original Signature)

### Required Certification

You must attach to this motion and affidavit a certified copy of your trust fund account statement (or institutional equivalent) for the six-month period immediately preceding the filing of this action. You must obtain the certified copy of your trust fund account statement (or institutional equivalent) from the appropriate official of each penal institution at which you are or were confined during the six-month period.

(Rev. 4/15/02)                                 2


# COLORADO DEPARTMENT OF CORRECTIONS
Colorado Springs, Colorado

**Statement of Account Activity**

Period: 07/01/2008 - 01/28/2009
Printed: 01/28/2009

**Name:** COLE, WADE S
**Number:** 114016
**Location:** KIT CARSON - KIT/UNIT C

| Date:Time | Description | Tran Amt | Balance | Available Before W/H | Type | Encumbrances Amount | Total | Available Balance | FC |
|---|---|---|---|---|---|---|---|---|---|
| 07/01/08 00:00 | Beginning Balance | | 68.05 | 68.05 | | | 0.00 | 68.05 | |
| 07/02/08 09:08 | Canteen #5982808 Hold | | | 68.05 | CANTEEN | 8.62 | 8.62 | 59.43 | |
| 07/07/08 09:21 | Canteen Order #5982808 | -8.62 | 59.43 | 59.43 | | | 0.00 | 59.43 | KF |
| 07/09/08 12:50 | Canteen #5996173 Hold | | | 59.43 | CANTEEN | 47.58 | 47.58 | 11.85 | |
| 07/09/08 15:25 | XEROX-DEBIT | -0.60 | 58.83 | 58.83 | | | 47.58 | 11.25 | KF |
| 07/09/08 15:26 | XEROX-DEBIT | -0.10 | 58.73 | 58.73 | | | 47.58 | 11.15 | KF |
| 07/11/08 09:03 | Canteen #6005128 Hold | | | 58.73 | CANTEEN | 10.47 | 58.05 | 0.68 | |
| 07/14/08 12:23 | Canteen Order #6005128 | -10.47 | 48.26 | 48.26 | | | 47.58 | 0.68 | KF |
| 07/18/08 06:18 | Canteen Order #5996173 | -47.58 | 0.68 | 0.68 | | | 0.00 | 0.68 | KF |
| 07/21/08 13:18 | 1 STUDENT AM | 7.80 | 8.48 | 8.48 | | | 0.00 | 8.48 | KF |
| 07/21/08 13:27 | 1 BACK JANITOR | 5.40 | 13.88 | 13.88 | | | 0.00 | 13.88 | KF |
| 07/24/08 09:40 | POSTAGE-DEBIT | -12.75 | 1.13 | 1.13 | | | 0.00 | 1.13 | KF |
| 08/01/08 09:51 | XEROX-DEBIT | -0.60 | 0.53 | 0.53 | | | 0.00 | 0.53 | KF |
| 08/06/08 07:18 | Canteen #6051714 Hold | | | 0.53 | CANTEEN | 0.50 | 0.50 | 0.03 | |
| 08/12/08 06:40 | Canteen Order #6051714 | -0.50 | 0.03 | 0.03 | | | 0.00 | 0.03 | KF |
| 08/21/08 07:06 | 1 STUDENT AM | 13.20 | 13.23 | 13.23 | | | 0.00 | 13.23 | KF |
| 08/22/08 08:52 | Canteen #6094223 Hold | | | 13.23 | CANTEEN | 6.42 | 6.42 | 6.81 | |
| 08/26/08 06:47 | Canteen Order #6094223 | -6.42 | 6.81 | 6.81 | | | 0.00 | 6.81 | KF |
| 09/03/08 13:25 | XEROX-DEBIT | -0.90 | 5.91 | 5.91 | | | 0.00 | 5.91 | KF |
| 09/05/08 07:38 | Canteen #6118460 Hold | | | 5.91 | CANTEEN | 3.14 | 3.14 | 2.77 | |
| 09/09/08 06:42 | Canteen Order #6118460 | -3.14 | 2.77 | 2.77 | | | 0.00 | 2.77 | KF |
| 09/18/08 09:33 | XEROX-DEBIT | -1.40 | 1.37 | 1.37 | | | 0.00 | 1.37 | KF |
| 09/19/08 07:04 | 1 STUDENT AM | 13.20 | 14.57 | 14.57 | | | 0.00 | 14.57 | KF |
| 09/24/08 07:34 | Canteen #6163607 Hold | | | 14.57 | CANTEEN | 5.61 | 5.61 | 8.96 | |
| 09/29/08 07:08 | Canteen Order #6163607 | -5.61 | 8.96 | 8.96 | | | 0.00 | 8.96 | KF |
| 10/08/08 07:15 | Canteen #6187837 Hold | | | 8.96 | CANTEEN | 3.60 | 3.60 | 5.36 | |
| 10/10/08 07:35 | Canteen Order #6187837 | -3.60 | 5.36 | 5.36 | | | 0.00 | 5.36 | KF |
| 10/10/08 11:08 | Canteen #6201032 Hold | | | 5.36 | CANTEEN | 5.20 | 5.20 | 0.16 | |
| 10/20/08 15:25 | 1 STUDENT AM | 13.20 | 18.56 | 18.56 | | | 5.20 | 13.36 | KF |
| 10/21/08 08:32 | POSTAGE-DEBIT | -1.77 | 16.79 | 16.79 | | | 5.20 | 11.59 | KF |
| 10/23/08 07:30 | Canteen Order #6201032 | -5.20 | 11.59 | 11.59 | | | 0.00 | 11.59 | KF |
| 10/24/08 06:16 | Canteen #6226341 Hold | | | 11.59 | CANTEEN | 8.40 | 8.40 | 3.19 | |
| 10/27/08 15:08 | Canteen Order #6226341 | -8.40 | 3.19 | 3.19 | | | 0.00 | 3.19 | KF |
| 11/20/08 14:15 | 1 STUDENT AM | 12.00 | 15.19 | 15.19 | | | 0.00 | 15.19 | KF |
| 11/24/08 13:16 | XEROX-DEBIT | -0.50 | 14.69 | 14.69 | | | 0.00 | 14.69 | KF |
| 11/25/08 10:26 | XEROX-DEBIT | -0.25 | 14.44 | 14.44 | | | 0.00 | 14.44 | KF |
| 12/01/08 09:05 | POSTAGE-DEBIT | -1.18 | 13.26 | 13.26 | | | 0.00 | 13.26 | KF |
| 12/01/08 09:12 | XEROX-DEBIT | -0.25 | 13.01 | 13.01 | | | 0.00 | 13.01 | KF |
| 12/08/08 10:53 | XEROX-DEBIT | -4.00 | 9.01 | 9.01 | | | 0.00 | 9.01 | KF |
| 12/17/08 07:55 | Canteen #6341771 Hold | | | 9.01 | CANTEEN | 2.34 | 2.34 | 6.67 | |
| 12/19/08 16:22 | 1 STUDENT AM | 13.20 | 22.21 | 22.21 | | | 2.34 | 19.87 | KF |
| 12/22/08 06:57 | Canteen Order #6341771 | -2.34 | 19.87 | 19.87 | | | 0.00 | 19.87 | KF |
| 01/09/09 10:53 | Canteen #6396536 Hold | | | 19.87 | CANTEEN | 18.64 | 18.64 | 1.23 | |
| 01/12/09 08:30 | Canteen Credit #6388387 | 5.20 | 25.07 | 25.07 | | | 18.64 | 6.43 | KF |
| 01/21/09 06:54 | Case #6421085 Hold | | | 25.07 | CANTEEN | 6.23 | 24.87 | 0.20 | |
| 01/21/09 09:14 | Canteen Order #6396536 | -18.64 | 6.43 | 6.43 | | | 6.23 | 0.20 | KF |
| 01/21/09 10:51 | 1 STUDENT AM | 12.60 | 19.03 | 19.03 | | | 6.23 | 12.80 | KF |
| 01/23/09 08:40 | Canteen Order #6421085 | -6.23 | 12.80 | 12.80 | | | 0.00 | 12.80 | KF |

**NOTICE:** This statement may not include most recent Withdrawals or Deposits.

COLORADO DEPARTMENT OF CORRECTIONS
Colorado Springs, Colorado

**Statement of Account Activity**
Period: 07/01/2008 - 01/28/2009
Printed: 01/28/2009

Name: COLE, WADE S
Number: 114016
Location: KIT CARSON - KIT/UNIT C

| Date:Time | Description | Tran Amt | Balance | Available Before W/H | Type | Encumbrances Amount | Total | Available Balance | FC |
|---|---|---|---|---|---|---|---|---|---|
| 01/28/09 23:58 | Ending Balance | | 12.80 | 12.80 | | | 0.00 | 12.80 | |
| | **Total Deposits:** | | 95.80 | | | | | | |
| | **Total Withdrawals:** | | 151.05 | | | | | | |

Account Information as of 01/28/2009 9:27AM

| Status: ACTIVE | Current Balance: | 12.80 | Total Money In Hold: | $0.00 |
|---|---|---|---|---|
| | Total Reserved/Encumbered: | $0.00 | Available Balance | $12.80 |

### Statement Information

**Date:Time** reflects the transaction date and time of deposits and withdrawals to the account during the statement period.

**Description** is a brief memorandum describing the transaction.

**Tran Amt** is the amount of the transaction; deposits are shown as a positive number, withdrawals are shown as a negative number.

**Balance** is the actual balance of the account. All deposits and withdrawals are added and subtracted from the 'Balance'. If an account has a negative balance an 'Available Balance' will be derived according to AR 200-2.

**Available Before W/H** is the derived available balance where 50% of deposits are made available when the actual account balance prior to deposit is a negative amount (Ref: AR 200-2). This amount is derived prior to mandatory withholding.

**Encumbrances** are amounts placed on hold pending further processing by the banking system, such as when a canteen order is posted or a deposit is subject to mandatory garnishment rules. The amount, type of hold, and a total (as of the Date:Time) is reported.

**Available Balance** show monies available for withdrawal at the end of the transaction. The time precision for all transactions is to the minute; encumbrance total may duplicate for multiple transactions if the transaction date and time are identical.

**FC** (Facility Code) is the offender's facility assignment at the date and time the transaction was posted to the account, not the originating source of the transaction.

*I certify that this account statement is true & correct to the best of my knowledge.*

*O Jenkins 1·28·09*

NOTICE: This statement may not include most recent Withdrawals or Deposits.